# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**ABDULHAKIM MUHAMMAD**                                      **PLAINTIFF**
**ADC #150550**

V.                  NO. 4:21-cv-00590-BRW-ERE

**DEXTER PAYNE,** *et al*.                                          **DEFENDANTS**

## ORDER

I have received a Recommendation (Doc. No. 3) from Magistrate Judge Edie R. Ervin. After careful review of the Recommendation, Mr. Muhammad's timely objections, as well as a de novo review of the record, I approve and adopt the Recommendation in all respects.

Mr. Muhammad's equal protection claims are DISMISSED, without prejudice.

IT IS SO ORDERED, this 20th day of July, 2021.

                                                          Billy Roy Wilson
                                                          UNITED STATES DISTRICT JUDGE