IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**ABDULHAKIM MUHAMMAD**                                                       **PLAINTIFF**
**ADC #150550**

V.                          **NO. 4:21-cv-00590-BRW-ERE**

**DEXTER PAYNE,** *et al*.                                                    **DEFENDANTS**

## ORDER

I have received a Recommendation (Doc. No. 36) filed by Magistrate Judge Edie R. Ervin. After careful review of the Recommendation, I conclude that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in its entirety.

Mr. Muhammad's motion to dismiss (Doc. No. 35) is GRANTED. Mr. Muhammad's claims against Defendants Payne, Lay, Straughn, Jackson, Reed, Branch, Kelley, Westbrook, Smith, Hobbs, and Dycus are DISMISSED, without prejudice. The Clerk is instructed to terminate Dexter Payne, Gaylon Lay, Billy Straughn, Anthony Jackson, M.D. Reed, Emmer Branch, Wendy Kelley, Valerie Westbrook, Chanaka Smith, Ray Hobbs, and James Dycus as party Defendants. Defendants' pending motion for summary judgment raising the issue of exhaustion (Doc. No. 31) is DENIED, as moot.

IT IS SO ORDERED this 14th day of December, 2021.

                                                                           <u>Billy Roy Wilson</u>
                                                                           UNITED STATES DISTRICT JUDGE